UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| **SEXUAL MINORITIES UGANDA,** | : | CIVIL ACTION |
| | : | |
| **Plaintiff,** | : | 3:12-CV-30051-KPN |
| | : | |
| v. | : | **MAGISTRATE JUDGE** |
| | : | **KENNETH P. NEIMAN** |
| **SCOTT LIVELY,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The undersigned attorney, Philip D. Moran, hereby enters his appearance in this action on behalf of Defendant Scott Lively, and requests service of all subsequent notices, pleadings, correspondence and other papers in this action.

                                          Respectfully submitted,

                                          /s/ Philip D. Moran_____
                                          Philip D. Moran (MA Bar # 353920)
                                          265 Essex Street, Suite 202
                                          Salem, Massachusetts 01970
                                          Tel: (978) 745-6085
                                          Fax: (978) 741-2572
                                          Email: philipmoranesq@aol.com
                                          Attorney for Defendant Scott Lively

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically with the Court on April 11, 2012. Service will be effectuated by the Court's electronic notification system upon all counsel or parties of record.

                                          /s/ Philip D. Moran_____
                                          Philip D. Moran
                                          Attorney for Defendant Scott Lively