UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| **SEXUAL MINORITIES UGANDA,** | : | **CIVIL ACTION** |
| | : | |
| Plaintiff, | : | **3:12-CV-30051-KPN** |
| | : | |
| v. | : | **MAGISTRATE JUDGE** |
| | : | **KENNETH P. NEIMAN** |
| **SCOTT LIVELY,** | : | |
| | : | |
| Defendant. | : | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF MATHEW D. STAVER

Pursuant to L.R. D. Mass. 83.5.3(b), Philip D. Moran, Esq., a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, who has filed an appearance in this case on behalf of Defendant, Scott Lively, respectfully moves this Court to admit attorney Mathew D. Staver to appear and practice in this Court in the above-styled case. As set forth in his Declaration, attached hereto as Exhibit A:

(1) Mr. Staver is a member of the bar in good standing in every jurisdiction where he has been admitted to practice;

(2) there are no disciplinary proceedings pending against Mr. Staver as a member of the bar in any jurisdiction; and

(3) Mr. Staver is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, having satisfied each of the requirements of L.R. D. Mass. 83.5.3(b), and for good cause shown, the undersigned counsel respectfully requests that this motion be granted,

and that Mathew D. Staver be permitted to appear and practice in this Court as co-counsel for Defendant Scott Lively in the above-styled case.

Respectfully submitted,

/s/ Philip D. Moran_____
Philip D. Moran (MA Bar # 353920)
265 Essex Street, Suite 202
Salem, Massachusetts 01970
Tel: (978) 745-6085
Fax: (978) 741-2572
Email: philipmoranesq@aol.com

Attorney for Defendant Scott Lively

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically with the Court on April 11, 2012. Service will be effectuated by the Court's electronic notification system upon all counsel or parties of record.

/s/ Philip D. Moran_____
Philip D. Moran
Attorney for Defendant Scott Lively

and that Mathew D. Staver be permitted to appear and practice in this Court as co-counsel for Defendant Scott Lively in the above-styled case.

Respectfully submitted,

/s/ Philip D. Moran_____
Philip D. Moran (MA Bar # 353920)
265 Essex Street, Suite 202
Salem, Massachusetts 01970
Tel: (978) 745-6085
Fax: (978) 741-2572
Email: philipmoranesq@aol.com

Attorney for Defendant Scott Lively

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically with the Court on April 11, 2012. Service will be effectuated by the Court's electronic notification system upon all counsel or parties of record.

/s/ Philip D. Moran_____
Philip D. Moran
Attorney for Defendant Scott Lively

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| **SEXUAL MINORITIES UGANDA,** | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | 3:12-CV-30051-KPN |
| | : | |
| v. | : | MAGISTRATE JUDGE |
| | : | KENNETH P. NEIMAN |
| **SCOTT LIVELY,** | : | |
| | : | |
| Defendant. | : | |

## DECLARATION OF MATHEW D. STAVER
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, MATHEW D. STAVER, declare as follows:

1) I am Founder and Chairman of Liberty Counsel, P.O. Box 540774, Orlando, Florida, 32854. My office telephone number is 800-671-1776, and fax number is 407-875-0770.

2) I am a member of the bar of the State of Florida (Bar No. 701092), where I was admitted to practice in 1987. I am also admitted to practice in numerous federal courts, including the Supreme Court of the United States; The United States Court of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, Eleventh and District of Columbia Circuits; and the United States District Courts for the Northern, Middle and Southern Districts of Florida, the Eastern and Western Districts of Wisconsin, the Southern District of Texas, the District of Columbia, the Eastern and Western Districts of Arkansas, the Western District of Michigan, and the District of Colorado.

3) I am a member in good standing of the bar in every jurisdiction where I have been admitted to practice.

2

4) There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 10, 2012.

                                            /s/ Mathew D. Staver_____
                                            MATHEW D. STAVER