UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| **SEXUAL MINORITIES UGANDA,** | : | **CIVIL ACTION** |
| | : | |
| **Plaintiff,** | : | **3:12-CV-30051-KPN** |
| | : | |
| **v.** | : | **MAGISTRATE JUDGE** |
| | : | **KENNETH P. NEIMAN** |
| **SCOTT LIVELY,** | : | |
| | : | |
| **Defendant.** | : | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF HORATIO G. MIHET

Pursuant to L.R. D. Mass. 83.5.3(b), Philip D. Moran, Esq., a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, who has filed an appearance in this case on behalf of Defendant, Scott Lively, respectfully moves this Court to admit attorney Horatio G. Mihet to appear and practice in this Court in the above-styled case. As set forth in his Declaration, attached hereto as Exhibit A:

(1)    Mr. Mihet is a member of the bar in good standing in every jurisdiction where he has been admitted to practice;

(2)    there are no disciplinary proceedings pending against Mr. Mihet as a member of the bar in any jurisdiction; and

(3)    Mr. Mihet is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, having satisfied each of the requirements of L.R. D. Mass. 83.5.3(b), and for good cause shown, the undersigned counsel respectfully requests that this motion be granted,

and that Horatio G. Mihet be permitted to appear and practice in this Court as co-counsel for Defendant Scott Lively in the above-styled case.

        Respectfully submitted,

        /s/ Philip D. Moran_____
        Philip D. Moran (MA Bar # 353920)
        265 Essex Street, Suite 202
        Salem, Massachusetts 01970
        Tel: (978) 745-6085
        Fax: (978) 741-2572
        Email: philipmoranesq@aol.com

        Attorney for Defendant Scott Lively

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically with the Court on April 11, 2012. Service will be effectuated by the Court's electronic notification system upon all counsel or parties of record.

        /s/ Philip D. Moran_____
        Philip D. Moran
        Attorney for Defendant Scott Lively

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| **SEXUAL MINORITIES UGANDA,** | : | **CIVIL ACTION** |
| | : | |
| Plaintiff, | : | **3:12-CV-30051-KPN** |
| | : | |
| v. | : | **MAGISTRATE JUDGE** |
| | : | **KENNETH P. NEIMAN** |
| **SCOTT LIVELY,** | : | |
| | : | |
| Defendant. | : | |

**DECLARATION OF HORATIO G. MIHET
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, HORATIO G. MIHET, declare as follows:

1) I am Senior Litigation Counsel at Liberty Counsel, P.O. Box 540774, Orlando, Florida, 32854. My office telephone number is 800-671-1776, and fax number is 407-875-0770.

2) I am a member of the bar of the State of Florida (Bar No. 26581), where I was admitted to practice in 2006. I am also a member of the bar of the State of Ohio (Bar No. 75518), where I was admitted to practice in 2002. I am also admitted to practice in several federal courts, including the Northern, Middle and Southern Districts of Florida, the Northern and Southern Districts of Ohio, the Sixth Circuit Court of Appeals and the Eleventh Circuit Court of Appeals.

3) I am a member in good standing of the bar in every jurisdiction where I have been admitted to practice.

4) There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 10, 2012.

/s/ Horatio G. Mihet_____
HORATIO G. MIHET