UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| **SEXUAL MINORITIES UGANDA,** | : | **CIVIL ACTION** |
| | : | |
| Plaintiff, | : | **3:12-CV-30051-KPN** |
| | : | |
| v. | : | **MAGISTRATE JUDGE** |
| | : | **KENNETH P. NEIMAN** |
| **SCOTT LIVELY,** | : | |
| | : | |
| Defendant. | : | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO MOVE, PLEAD OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendant Scott Lively ("Defendant") respectfully moves the Court for a thirty (30) day extension of time, to and including May 14, 2012, to move, plead or otherwise respond to Plaintiff's Complaint. In support hereof, Defendant shows the Court as follows:

1)	Plaintiff's Complaint was filed on March 14, 2012. (Dkt. 1). Service upon Defendant was effectuated on March 23, 2012. (Dkt. 8). Pursuant to Fed. R. Civ. P. 12, Defendant's responsive pleading is due on April 13, 2012.

2)	Plaintiff's Complaint is comprised of one hundred fifty-four (154) paragraphs, spanning forty-seven (47) pages. (Dkt. 1). The Complaint purports to assert three novel claims for relief premised on a multitude of events alleged to have taken place over the course of the last decade on a distant continent. (*Id*.)

3)	Since he was served with the Complaint, Defendant has worked expeditiously to secure the undersigned lead and local counsel. Nevertheless, Defendant now needs an extension

of time for his counsel to obtain *pro hac vice* admission in this Court, to investigate the many allegations and claims in the voluminous Complaint, and to formulate a response.

4) This is the first extension of this deadline sought by Defendant. The granting of this extension will not adversely impact any other existing deadline in this litigation.

5) This motion is not being interposed for purposes of undue delay.

6) Prior to filing this motion, undersigned counsel for Defendant conferred with counsel for Plaintiff, who indicated that Plaintiff does not oppose the relief sought herein.

WHEREFORE, for good cause shown, Defendant Scott Lively respectfully requests that this Motion be granted, and that his deadline to move, plead or otherwise respond to Plaintiff's Complaint be extended by thirty (30) days, to and including May 14, 2012.

Respectfully submitted,

| | |
|---|---|
| Mathew D. Staver | /s/ Philip D. Moran_____ |
|    *Pro Hac Vice Admission Pending* | Philip D. Moran (MA Bar # 353920) |
| Horatio G. Mihet | 265 Essex Street, Suite 202 |
|    *Pro Hac Vice Admission Pending* | Salem, Massachusetts 01970 |
| LIBERTY COUNSEL | Tel: (978) 745-6085 |
| P.O. Box 540774 | Fax: (978) 741-2572 |
| Orlando, FL 32854-0774 | Email: philipmoranesq@aol.com |
| 800-671-1776 Telephone | |
| 407-875-0770 Facsimile | |
| court@lc.org | Attorneys for Defendant Scott Lively |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically with the Court on April 11, 2012. Service will be effectuated by the Court's electronic notification system upon all counsel or parties of record.

/s/ Philip D. Moran_____
Philip D. Moran
Attorney for Defendant Scott Lively