```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS


SEXUAL MINORITIES UGANDA,        )
        Plaintiff                )
                                 )
              v.                 )   C.A. No. 12-cv-30051-MAP
                                 )
SCOTT LIVELY, Individually and   )
as President of Abiding Truth    )
Ministries,                      )
        Defendant                )
```

ORDER RE: POSSIBLE VIDEO RECORDING OF HEARING

December 18, 2012

PONSOR, U.S.D.J.

The court has received a request from Tim McCarthy of liptv.com to record the motion hearing in the above-entitled case currently scheduled for January 7, 2013.  The District of Massachusetts is participating in a pilot program established by the Judicial Conference permitting, in limited circumstances, cameras in federal courts.  Under Judicial Conference guidelines, only court personnel may record proceedings, all parties must consent to the recording, and the presiding judge must consent to the recording.  If either party, or the judge, declines to consent, no recording will occur.

Counsel are hereby ordered to notify this court, no later than December 21, 2012, as to whether their client consents to the requested video recording.

It is So Ordered.

                                        /s/ Michael A. Ponsor
                                        MICHAEL A. PONSOR
                                        U. S. District Judge