UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | |
|---|---|
| SEXUAL MINORITIES UGANDA )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>SCOTT LIVELY, individually and as )<br>President of Abiding Truth Ministries )<br>)<br>*Defendant*. ) | Civil Action<br><br>3:12-CV-30051 |

## MOTION FOR LEAVE TO FILE A RESPONSE TO DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY REQUIRING DISMISSAL OF PLAINTIFF'S FEDERAL LAW CLAIMS

Plaintiff Sexual Minorities Uganda respectfully moves the Court for leave to file a response to Defendant's Notice of Supplemental Authority Requiring Dismissal of Plaintiff's Federal Law Claims by May 7, 2013. If leave is granted to file, Plaintiff will endeavor to file a response well before May 7, 2013, but out of an abundance of caution requests this date as (1) Plaintiff's lead counsel is currently on vacation and thereafter scheduled to travel internationally for work until May 1, 2013; and (2) the supplemental authority of which Defendant provides the Court notice, *Kiobel v. Royal Dutch Petroleum Co.*, 569 U.S. _ 2013, was only recently released, on April 17, 2013 and is of major importance to the consideration of Plaintiff's claims.

Dated: April 18, 2013                                Respectfully submitted,

Luke Ryan                                             */s/ Pamela Spees*
(Bar No. 664999)                                  Pamela C. Spees, *Admitted Pro Hac Vice*
100 Main Street, Third Floor              Center for Constitutional Rights
Northampton, MA 01060                    666 Broadway, 7th Floor
Tel. (413) 586-4800                             New York, NY  10012
Fax (413) 582-6419                              212-614-6431 - Phone
lryan@strhlaw.com                              212-614-6499 - Fax
                                                            pspees@ccrjustice.org

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 18, 2013, I electronically filed Plaintiff's MOTION FOR LEAVE TO FILE A RESPONSE TO DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY REQUIRING DISMISSAL OF PLAINTIFF'S FEDERAL LAW CLAIMS through the CM/ECF system, which sends notification to counsel for Defendant.

                                            */s/Pamela Spees*
                                              Pamela Spees