UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| **SEXUAL MINORITIES UGANDA,** | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | 3:12-CV-30051-MAP |
| | : | |
| v. | : | JUDGE MICHAEL A. PONSOR |
| | : | |
| **SCOTT LIVELY,** | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT SCOTT LIVELY'S MOTION FOR RECONSIDERATION
OF ORDER DENYING CERTIFICATION FOR INTERLOCUTORY APPEAL**

Pursuant to this Court's inherent power to revise and amend non-final orders at any time prior to final judgment, Defendant Scott Lively respectfully moves the Court to reconsider its Order Denying Certification for Interlocutory Appeal (dkt. 71) of the Order Denying Lively's Motion to Dismiss. As shown in the Memorandum in Support filed concurrently herewith, Sexual Minorities Uganda's Opposition (dkt. 69) to Lively's Motion to Certify Non-Final Order for Interlocutory Appeal (dkt. 64) rests on six (6) demonstrably flawed, deceptive and clearly erroneous premises. To the extent the Court's Order Denying Certification relied upon any one of these premises, Lively respectfully requests that the Court reconsider its decision.

Respectfully submitted,

| | |
|---|---|
| Philip D. Moran | /s/ Horatio G. Mihet_____ |
| (MA Bar # 353920) | Mathew D. Staver |
| 265 Essex Street, Suite 202 | Admitted Pro Hac Vice |
| Salem, Massachusetts 01970 | Stephen M. Crampton |
| Tel: (978) 745-6085 | Admitted Pro Hac Vice |
| Fax: (978) 741-2572 | Horatio G. Mihet |
| Email: philipmoranesq@aol.com | Admitted Pro Hac Vice |
| | LIBERTY COUNSEL |
| | P.O. Box 540774 |
| | Orlando, FL 32854-0774 |
| | 800-671-1776 Telephone |
| | 407-875-0770 Facsimile |
| | court@lc.org |

Attorneys for Defendant Scott Lively

**CERTIFICATE OF CONFERRAL**

Pursuant to L.R. D. Mass. 7.1(a)(2), I HEREBY CERTIFY that I attempted to confer in good faith with counsel for Plaintiff, but was unable to reach counsel timely.

/s/ Horatio G. Mihet_____
Horatio G. Mihet
Attorney for Defendant Scott Lively

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically with the Court on September 24, 2013. Service will be effectuated by the Court's electronic notification system upon all counsel or parties of record.

/s/ Horatio G. Mihet_____
Horatio G. Mihet
Attorney for Defendant Scott Lively