UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| SEXUAL MINORITIES UGANDA | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action |
| SCOTT LIVELY, individually and as | ) | |
| President of Abiding Truth Ministries | ) | 3:12-CV-30051 |
| | ) | |
| *Defendant.* | ) | |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to the Court's October 17, 2013 Order for Joint Statement and Certifications

(dkt. 76), and Local Rule 16.1(d)(3), Plaintiff Sexual Minorities Uganda hereby certifies that an

authorized representative of Sexual Minorities Uganda has conferred with counsel on the above

captioned matter:

(a) with a view to establishing a budget for the costs of conducting the full course—and

   various alternative courses—of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution

   programs such as those outlined in LR 16.4

Dated: October 18, 2013                          Respectfully submitted,

/s/Pamela Spees                                   /s/
Pamela C. Spees, *admitted pro hac vice*          Frank Mugisha
Baher Azmy, *admitted pro hac vice*               Authorized Representative
Jeena Shah, *admitted pro hac vice*               Sexual Minorities Uganda
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY  10012
212-614-6431 - Phone
212-614-6499 - Fax
pspees@ccrjustice.org

Luke Ryan
(Bar No. 664999)
100 Main Street, Third Floor
Northampton, MA 01060
Tel. (413) 586-4800
Fax (413) 582-6419
lryan@strhlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed electronically, that it will be served

electronically upon all parties of record who are registered CM/ECF participants via the NEF,

and that paper copies will be sent to any parties indicated on the NEF as non-registered

participants on November 1, 2013.

/s/Pamela Spees
Pamela Spees
Counsel for Plaintiff