UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SEXUAL MINORITIES UGANDA,       )
                                )
                     Plaintiff  )
              v.                )   Civil Action No. 12-30051-MAP
                                )
SCOTT LIVELY, individually and as )
President of Abiding Truth Ministries, )
                                )
                     Defendant  )

SCHEDULING ORDER
November 6, 2013

NEIMAN, U.S.M.J.

The following schedule was established at the scheduling conference this day:

1. Defendant shall file his answer to the complaint by November 20, 2013.

2. Any motion with regard to a proposed protective order shall be filed by November 22, 2013, with any opposition filed by December 4, 2013.

3. The parties shall complete their automatic disclosures by December 3, 2013.

4. Written discovery may be served starting December 17, 2013.

5. Non-expert depositions may commence starting February 18, 2014.

6. All non-expert discovery shall be completed by October 1, 2014.

7. Plaintiff shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by October 31, 2014.

8. Defendant shall designate and disclose information regarding his rebuttal

      experts as required by FED. R. CIV. P. 26(a)(2) by December 15, 2014.

9. All expert depositions shall be completed by January 30, 2015.

10. Defendant shall file his summary judgment motion, if any, by March 2, 2015.

11. Plaintiff's opposition to Defendant's motion, together with any cross-motion for summary judgment, shall be filed by March 23, 2015, to which Defendant may respond by April 13, 2015.

12. A hearing on any motions for summary judgment shall take place on May 6, 2015, at 2:00 p.m. before District Judge Michael A. Ponsor.

The court hereby adopts the parameters set forth by the parties in paragraph I(c), (d), (e) and (g), II, and III(a) and (b).

IT IS SO ORDERED.

                                                    /s/ Kenneth P. Neiman  
                                                    KENNETH P. NEIMAN  
                                                    U.S. Magistrate Judge