UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | |
|---|---|
| SEXUAL MINORITIES UGANDA )<br>)<br>*Plaintiff*, )<br>)<br>*v.* )<br>)<br>SCOTT LIVELY, individually and as )<br>President of Abiding Truth Ministries, )<br>)<br>*Defendant.* ) | Civil Action<br><br>3:12-CV-30051 |

## PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

Plaintiff Sexual Minorities Uganda respectfully moves this Court, pursuant to Federal Rules of Civil Procedure 7(b) and 26(c) and Local Rule 7, for entry of the attached Protective Order governing the use and disposition of certain documents and information. Plaintiff anticipates that discovery in this action may yield documents and information of a sensitive or confidential nature, including, but not limited to, (a) highly personal information, including sexual orientation and/or gender identity, medical or financial information, or the home, office, or e-mail address or phone number for certain individuals; (b) the associational activity of any individual for whom disclosure of such activity is likely to expose them to threats, reprisal, or harassment; (c) information about Plaintiff's internal structure that would adversely affect its ability to advocate on behalf of its members; or (d) information that by law or by contract may not be publicly disclosed. As a result, Plaintiff requests that the Court enter the attached Protective Order in this case.

Pursuant to Local Rules 7.1(a)(2) and 37.1, counsel for Plaintiff conferred with counsel for Defendant regarding this motion by telephone on October 24, 2013 and further by e-mail on November 1, 15, and 19, 2013 and attempted in good faith to narrow the areas of disagreement on the terms of Plaintiff's proposed Protective Order.

Dated: November 22, 2013

Luke Ryan
(Bar No. 664999)
100 Main Street, Third Floor
Northampton, MA 01060
Tel. (413) 586-4800
Fax (413) 582-6419
lryan@strhlaw.com

*Attorneys for Plaintiff*

Respectfully submitted,

   */s/ Pamela Spees*
Pamela C. Spees, *admitted pro hac vice*
Baher Azmy, *admitted pro hac vice*
Jeena Shah, *admitted pro hac vice*
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY  10012
212-614-6431 - Phone
212-614-6499 - Fax
pspees@ccrjustice.org

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that the foregoing was filed electronically, that it will be served electronically upon all parties of record who are registered CM/ECF participants via the NEF, and that paper copies will be sent to any parties indicated on the NEF as non-registered participants on November 22, 2013.

                                                       */s/Pamela Spees*
                                                        Pam Spees