# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### SPRINGFIELD DIVISION

| | | |
|---|---|---|
| **SEXUAL MINORITIES UGANDA,** | : | CIVIL ACTION |
| **Plaintiff,** | : | 3:12-CV-30051-MAP |
| v. | : | JUDGE MICHAEL A. PONSOR |
| **SCOTT LIVELY,** | : | |
| **Defendant.** | : | |

## DEFENDANT SCOTT LIVELY'S UNOPPOSED MOTION FOR A THREE-DAY EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendant Scott Lively ("Lively") respectfully moves the Court for a three (3) business day extension of time, to and including December 9, 2013, to respond to Plaintiff's Motion for Protective Order (dkt. 85). Mr. Lively's response deadline is on December 4, 2013 (dkt. 80, ¶ 2). Mr. Lively's counsel need this brief extension to prepare a response, because of the intervening Thanksgiving holiday and counsel's prior commitments in other litigation, which required counsel to be out of the office for an extended time during the response period. This is the first extension sought for this deadline, and the extension will not interfere with any other deadline set in this litigation. This extension is not sought for purposes of undue delay.

Prior to filing this motion, undersigned counsel conferred with Plaintiff's counsel, who advised that **Plaintiff does not oppose the relief requested herein**. Accordingly, this Motion is unopposed.

WHEREFORE, for good cause shown, Defendant Scott Lively respectfully requests that this Motion be granted, and that his deadline to respond to Plaintiff's Motion for Protective Order be extended by three (3) days, to and including December 9, 2013.

Respectfully submitted,

| | |
|---|---|
| Philip D. Moran | /s/ Horatio G. Mihet_____ |
| (MA Bar # 353920) | Mathew D. Staver |
| 265 Essex Street, Suite 202 | Admitted Pro Hac Vice |
| Salem, Massachusetts 01970 | Stephen M. Crampton |
| Tel: (978) 745-6085 | Admitted Pro Hac Vice |
| Fax: (978) 741-2572 | Horatio G. Mihet |
| Email: philipmoranesq@aol.com | Admitted Pro Hac Vice |
| | LIBERTY COUNSEL |
| | P.O. Box 540774 |
| | Orlando, FL 32854-0774 |
| | 800-671-1776 Telephone |
| | 407-875-0770 Facsimile |
| | court@lc.org |

Attorneys for Defendant Scott Lively

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically with the Court on December 4, 2013. Service will be effectuated by the Court's electronic notification system upon all counsel or parties of record.

/s/ Horatio G. Mihet_____
Horatio G. Mihet
Attorney for Defendant Scott Lively