# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| **SEXUAL MINORITIES UGANDA,** | : | **CIVIL ACTION** |
| | : | |
| Plaintiff, | : | **3:12-CV-30051-MAP** |
| | : | |
| v. | : | **JUDGE MICHAEL A. PONSOR** |
| | : | |
| **SCOTT LIVELY, individually and as president of Abiding Truth Ministries,** | : | **MAGISTRATE JUDGE NEIMAN** |
| | : | |
| Defendant. | : | |

## STIPULATION

Plaintiff Sexual Minorities Uganda ("SMUG") and Defendant Scott Lively ("Lively") hereby stipulate that, notwithstanding anything that may appear to the contrary in this case's caption or elsewhere, SMUG did not intend to name Abiding Truth Ministries as a defendant, and, therefore, Abiding Truth Ministries is not presently a defendant in this action. Nothing in this stipulation prevents Plaintiff from seeking discovery from Abiding Truth Ministries under normal third party discovery mechanisms and amending the complaint to add Abiding Truth Ministries as a defendant in the future.

Dated: January 7, 2014                                            Respectfully submitted,

/s/Pamela C. Spees_____         /s/Horatio G. Mihet_____
Pamela C. Spees, *admitted pro hac vice*         Horatio G. Mihet, *admitted pro hac vice*
Baher Azmy, *admitted pro hac vice*              Stephen M. Crampton, *admitted pro hac vice*
Jeena Shah, *admitted pro hac vice*              Mathew D. Staver, *admitted pro hac vice*
Center for Constitutional Rights                  Liberty Counsel
666 Broadway, 7th Floor                           P.O. Box 540774
New York, NY  10012                               Orlando, FL 32854-0774
Tel. 212-614-6431                                 Tel. 800-671-1776
Fax 212-614-6499                                  Fax 407-875-0770
pspees@ccrjustice.org                             court@lc.org

| | |
|---|---|
| Luke Ryan (MA Bar No. 664999) | Philip D. Moran (MA Bar No. 353920) |
| 100 Main Street, Third Floor | 265 Essex Street, Suite 202 Salem, |
| Northampton, MA 01060 | Massachusetts 01970 |
| Tel. 413-586-4800 | Tel. 978-745-6085 |
| Fax 413-582-6419 | Fax 978-741-2572 |
| lryan@strhlaw.com | philipmoranesq@aol.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically with the Court on January 7, 2014. Service will be effectuated by the Court's electronic notification system upon all counsel or parties of record.

/s/ Horatio G. Mihet
Horatio G. Mihet
Attorney for Defendant Scott Lively