*[Handwritten annotation in left margin:]* Overruled. Judge Neiman's ruling addresses a complex and unusual discovery conduct fairly and with sensitivity to the interests of both sides. His disposition is neither clearly erroneous nor contrary to law. So ordered. /s/ Michael A. Ponsor, USDJ 3-11-14

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### SPRINGFIELD DIVISION

| | | |
|---|---|---|
| SEXUAL MINORITIES UGANDA, | : | CIVIL ACTION |
| Plaintiff, | : | 3:12-CV-30051-MAP |
| v. | : | JUDGE MICHAEL A. PONSOR |
| SCOTT LIVELY, individually and as president of Abiding Truth Ministries, | : | MAGISTRATE JUDGE NEIMAN |
| Defendant. | : | |

### DEFENDANT SCOTT LIVELY'S OBJECTION TO MEMORANDUM AND ORDER REGARDING PROPOSED PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 72(a), Defendant Scott Lively ("Lively") respectfully objects to the Memorandum and Order Regarding Proposed Protective Order entered by Magistrate Judge Kenneth P. Neiman on February 14, 2014 (dkt. 102), including the following subsections:

- II(2) and II(4) – prohibiting Lively (in proposed Protective Order paragraphs 4(b) and 4(d), respectively) from using investigators or experts who are "affiliated with any named co-conspirator or an affiliate of any named co-conspirator in this Action." The term "affiliate" is vague and subject to varying forms of interpretation, particularly where, as here, it refers to individuals (not corporations), and it purports to prohibit not one but two degrees of "affiliation" (*i.e.*, an individual who is "**affiliated** with ... **an affiliate** of any named co-conspirator"). SMUG has taken an exceedingly broad view of what it means for two individuals to be "affiliated," concluding that even "two persons who attend the same church **or speak to each other on occasion**" meet its definition. (Dkt. 96 at p. 5) (emphasis added). Under that view, Lively could not use an investigator in Uganda who on occasion has talked to a third party, who, in turn on occasion has talked to one of the alleged co-conspirators, regardless of the scope, nature and