UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

SEXUAL MINORITIES UGANDA,

    Plaintiff,

v.

SCOTT LIVELY, individually and as
President of Abiding Truth Ministries,

    Defendant.

CIVIL ACTION

NO. 3:12-CV-30051-MAP

**JOINT MOTION FOR EXTENSION OF TIME
TO COMPLETE NON-EXPERT DISCOVERY**

In accordance with Fed. R. Civ. P. 6(b)(1)(A) and Local Rules 26.2(b) and 40.3(b), the parties, Sexual Minorities Uganda ("Plaintiff") and Scott Lively ("Defendant"), hereby submit this Joint Motion for Extension of Time to Complete Non-Expert Discovery, and in support thereof represent as follows:

1. The Court issued a Scheduling Order (Dkt. No. 80), establishing a discovery schedule for the case on November 6, 2013.  The Scheduling Order provided that any motion for a Protective Order be filed by November 22, 2013, written discovery was to commence on December 17, 2013, and that non-expert discovery was to be completed by October 1, 2014.

2. In light of security concerns raised by Plaintiff in regard to itself and potential witnesses in Uganda, Plaintiff filed a Motion for Protective Order (Dkt. No. 85) on November 22, 2013, which, on December 11, 2013, the Court denied without prejudice and directed the parties to resolve their differences and submit a joint report in that regard (Dkt. No. 93).  Issues surrounding the Protective Order required substantially more time to resolve than anticipated.

Following extensive briefing, negotiations between the parties and guidance from the Court, a Protective Order was not entered until March 3, 2014 (Dkt. No. 106). As such, approximately two and one-half months of discovery time elapsed during which the parties did not have an opportunity to engage in meaningful discovery.

3. Since the Protective Order was entered, the parties have actively engaged in discovery. Both parties have propounded interrogatories, and responses to those interrogatories have been served. Plaintiff has served requests for production and Defendant has produced thousands of documents. Defendant has also recently served requests for production, which Plaintiff is currently reviewing. The parties have also been working to schedule party and non-party depositions.

4. Notwithstanding these efforts, the parties need a 120-day extension of the deadline for fact discovery for several reasons. First, there have been developments in Uganda that Plaintiff believes to have affected the scope of discovery. Most significantly, as Plaintiff has previously informed the Court, a law entitled the Anti-Homosexuality Act was passed by Parliament on December 20, 2013, and then signed into law on February 24, 2014. (Dkt. No. 108). While the law was recently invalidated by a Ugandan court on August 1, 2014, on the basis of a parliamentary irregularity, Plaintiff believes that efforts are now underway to appeal the ruling and/or reinstate the law. Defendant reserves his right to contest the relevance of this information. Second, as recounted, the parties' litigation regarding the Protective Order consumed a reasonably substantial portion of the time the parties had to complete fact discovery. Finally, discovery in this case has been and will continue to be uncommonly challenging and time-consuming given the scope of this litigation, the large number of documents and witnesses involved, and the fact that many documents and witnesses are in Uganda. On that score, due to

the delays in the discovery process explained herein, the brief remaining period for depositions presents scheduling difficulties for certain witnesses in Uganda, some of whom have conflicting travel schedules.

5. Accordingly, the parties jointly request that the Court enlarge the fact (non-expert) discovery deadline by 120 days, from October 1, 2014 to and including January 29, 2015. The parties further request a corresponding 120-day shift in all existing deadlines following the close of non-expert discovery, as follows:

   a) Plaintiff shall designate and disclose information regarding its trial experts as required by Fed. R. Civ. P. 26(a)(2) by March 2, 2015;

   b) Defendant shall designate and disclose information regarding his rebuttal experts as required by Fed. R. Civ. P. 26(a)(2) by April 14, 2015;

   c) All expert depositions shall be completed by June 1, 2015;

   d) Defendant shall file his summary judgment motion, if any, by June 30, 2015;

   e) Plaintiff's opposition to Defendant's motion, together with any cross-motion for summary judgment, shall be filed by July 21, 2015, to which Defendant may respond by August 11, 2015.

   f) A hearing on any motions for summary judgment to take place on or after September 3, 2015, at the Court's convenience.

6. This is the parties' first request for an extension of the pre-trial schedule. No prior requests were made or obtained. The request is not being interposed for purposes of undue delay.

WHEREFORE, for the foregoing reasons and good cause shown, the parties respectfully request that the Motion for Extension of Time to Complete Non-Expert Discovery be granted

and that the pre-trial deadlines be modified as set forth above.

Dated: September 5, 2014                                        Respectfully submitted,

| | |
|---|---|
| /s/ Frank Mugisha<br>For Sexual Minorities Uganda, Plaintiff | /s/ Scott Lively<br>Defendant |
| /s/ Pamela C. Spees<br>Pamela C. Spees, admitted *pro hac vice*<br>Baher Azmy, admitted *pro hac vice*<br>Jeena Shah, admitted *pro hac vice*<br>Center for Constitutional Rights<br>666 Broadway, 7th Floor<br>New York, NY 10012<br>Tel. 212-614-6431<br>Fax 212-614-6499<br>pspees@ccrjustice.org | /s/Horatio G. Mihet<br>Horatio G. Mihet, admitted *pro hac vice*<br>Stephen M. Crampton, admitted *pro hac vice*<br>Mathew D. Staver, admitted *pro hac vice*<br>Liberty Counsel<br>P.O. Box 540774<br>Orlando, FL 32854-0774<br>Tel. 800-671-1776<br>Fax 407-875-0770<br>court@lc.org |
| /s/ Gina Spiegelman<br>Mark S. Sullivan, admitted *pro hac vice*<br>Joshua Colangelo-Bryan, admitted *pro hac vice*<br>Gina Spiegelman, admitted *pro hac vice*<br>Dorsey & Whitney, LLP<br>51 West 52nd Street, New York, New York 10019-6119<br>Tel. 212-415-9200<br>sullivan.mark@dorsey.com | Philip D. Moran (MA Bar No. 353920)<br>265 Essex Street, Suite 202 Salem, Massachusetts 01970<br>Tel. 978-745-6085<br>Fax 978-741-2572<br>philipmoranesq@aol.com<br><br>*Attorneys for Defendant* |
| Luke Ryan (MA Bar No. 664999)<br>100 Main Street, Third Floor<br>Northampton, MA 01060<br>Tel. 413-586-4800<br>Fax 413-582-6419<br>lryan@strhlaw.com | |

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed electronically, that it will be served electronically upon all parties of record who are registered CM/ECF participants via the NEF, and that paper copies will be sent to any parties indicated on the NEF as non-registered participants.

Dated this 5th day of September 2014.

/s/ Pamela C. Spees
Pamela C. Spees