# United States Court of Appeals
## For the First Circuit

No. 13-2503

SCOTT LIVELY, individually and as President of Abiding Truth Ministries,

Petitioner.

Before

Howard, Thompson and Kayatta,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: December 4, 2014

      This petition for a writ of mandamus raises a number of potentially difficult issues with respect to the Alien Tort Statute, 28 U.S.C. § 1350, and the First Amendment in cross-border application. Although it is debatable whether the district court has properly parsed the petitioner's protected speech from any unprotected speech or conduct, his right to extraordinary relief is not clear and indisputable. <u>See</u> <u>Cheney</u> v. <u>U.S. Dist. Court for D.C.</u>, 542 U.S. 367, 380-81 (2004). Further development of the facts will aid in the ultimate disposition of this case.

    The petition is denied.

By the Court:
<u>/s/ Margaret Carter, Clerk</u>

cc:
Baher Azmy
Luke S. Ryan
Jeena D. Shah
Pamela C. Spees
Stephen M. Crampton
Anita Leigh Staver
Mathew D. Staver
Philip D. Moran
Horatio Gabriel Mihet