AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| SEXUAL MINORITIES UGANDA, ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   3-12-CV-30051-MAP |
| SCOTT LIVELY, individually  and as President of ) | |
| Abiding Truth Ministries, ) | |
| *Defendant* ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:                                          Martin Ssempa

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Dorsey & Whitney LLP, 51 W. 52nd Street, New York, New York 10019. A check in the amount of $1,900 for travel expenses is included with this subpoena. | Date and Time:<br>05/19/2015 9:30 am |
|---|---|

The deposition will be recorded by this method:    Stenographically and by video

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: See attached Exhibit A

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: *April 27, 2015*    **ROBERT M. FARRELL**
          *CLERK OF COURT*
                                                              OR

_____          _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  _____
Sexual Minorities Uganda  _____ , who issues or requests this subpoena, are:

Mark Sullivan; 51 West 52nd Street, New York, New York 10019; sullivan.mark@dorsey.com; 212-415-9245

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).