UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

---

SEXUAL MINORITIES UGANDA,

    Plaintiff,

v.

SCOTT LIVELY, individually and as
President of Abiding Truth Ministries,

    Defendant.

CIVIL ACTION

NO. 3:12-CV-30051-MAP

---

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
OMITTED EXHIBITS REFERENCED IN ITS RULE 56.1 STATEMENT
AND AN ERRATA CORRECTING CITATIONS IN ITS RULE 56.1
STATEMENT**

Plaintiff Sexual Minorities Uganda respectfully moves the Court for leave to file exhibits referenced in "Plaintiff's Response to Defendant's Local Rule 56.1 Statement of Facts and Plaintiff's Concise Statement of Material Facts of Record Omitted by Defendant" ("Plaintiff's R. 56.1 Statement"), dkt. 270, which were inadvertently omitted at the time of filing, along with an errata correcting certain citations to the record in Plaintiff's R. 56.1 statement. In support thereof, Plaintiff represents as follows:

1. On July 5, 2016, Defendant Scott Lively filed his Motion for Summary Judgment (dkt. 248-253).

2. On August 8, 2016, Plaintiff filed its R. 56.1 Statement in opposition to Defendant's Motion for Summary Judgment, dkt. 270, which referenced 212 exhibits and 21 declarations, some of which also included exhibits.

3. Plaintiff recently discovered that four exhibits referenced in Plaintiff's R. 56.1

*[Handwritten annotation:]* ALLOWED. If this ruling prejudices Defendant significantly, Defendant may move to file a limited supplemental opposition. So ordered. /s/ Michael A. Ponsor USDJ 10-27-16