**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| **SEXUAL MINORITIES UGANDA,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | **3:12-CV-30051-MAP** |
| **v.** | : | **JUDGE MICHAEL A. PONSOR** |
| **SCOTT LIVELY, individually and as president of Abiding Truth Ministries,** | : | **MAGISTRATE JUDGE KATHERINE A. ROBERTSON** |
| **Defendant.** | : | **ORAL ARGUMENT REQUESTED** |

**DEFENDANT SCOTT LIVELY'S SPECIAL MOTION TO DISMISS SMUG'S STATE LAW CLAIMS PURSUANT TO THE MASSACHUSETTS ANTI-SLAPP STATUTE**

Defendant, SCOTT LIVELY ("Lively"), pursuant to Mass. Gen. Laws ch. 231, § 59H, moves the Court for an order dismissing the state law claims of Plaintiff, SEXUAL MINORITIES UGANDA ("SMUG"), on the grounds that such claims are based solely on Lively's exercise of his right of petition under the First Amendment to the Constitution of the United States. A memorandum of law in support of this motion is filed concurrently herewith.

Respectfully submitted,

/s/ Roger K. Gannam

Mathew D. Staver†
Horatio G. Mihet†
Roger K. Gannam†
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854-0774
T: 407-875-1776
F: 407-875-0770
court@lc.org

Philip D. Moran (MA 353920)
265 Essex Street, Suite 202
Salem, Massachusetts 01970
T: 978-745-6085
F: 978-741-2572
philipmoranesq@aol.com

*Attorneys for Defendant*
†Admitted *pro hac vice*

## REQUEST FOR ORAL ARGUMENT

Lively respectfully requests oral argument, on the grounds that this case is of great public importance and oral argument will assist the Court in understanding, evaluating and deciding the complex questions of constitutional and international law raised herein.

/s/ Roger K. Gannam
Roger K. Gannam
Attorney for Defendant Scott Lively

## CERTIFICATE OF CONFERRAL

Pursuant to L.R. D. Mass. 7.1(a)(2), I certify that I conferred in good faith with counsel for Plaintiff prior to filing this motion, but was unable to resolve or narrow the issues raised herein.

/s/ Roger K. Gannam
Roger K. Gannam
Attorney for Defendant Scott Lively

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically with the Court on March 31, 2017. Service will be effectuated by the Court's electronic notification system upon all counsel or parties of record.

/s/ Roger K. Gannam
Roger K. Gannam
Attorney for Defendant Scott Lively